IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL PUGH,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and PRUDENTIAL INSURANCE COMPANY OF AMERICA, d/b/a THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendants. | 1:20-CV-1041 |

## ORDER

Pursuant to the Parties' Joint Stipulation of Dismissal with Prejudice and good cause appearing,

**IT IS ORDERED** that the above-captioned lawsuit and counterclaim is dismissed with prejudice. Each party will bear its own attorneys' fees, expenses, and costs.

This 26th day of July, 2021.

                                                  _____
                                                UNITED STATES DISTRICT JUDGE